## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Alveto Rivera, | Civil No. 12-1479 (RHK/FLN) |
| Plaintiff, | **DISQUALIFICATION AND <u>ORDER FOR REASSIGNMENT</u>** |
| vs. | |
| Imo Kalla, et al., | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 21, 2012

<u>s/Richard H. Kyle</u>
RICHARD H. KYLE
United States District Judge