## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alveto Rivera,                                    Civil No. 12-1479 (RHK/FLN)

        Plaintiff,                **DISQUALIFICATION AND**
                                  **ORDER FOR REASSIGNMENT**

vs.

Imo Kalla, et al.,

        Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 21, 2012

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge