UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALVETO RIVERA,

   Plaintiff,

v.          **ORDER**
           Civil File No. 12-1479 (MJD/FLN)

IMO KALLA, SARA HARD, REGINA STEPNEY,
LUKE DEHAAN, DR. STANLEY QUANBACK,
SHERYL VEZNER and JE LIND,

   Defendants.

Alveto Rivera, Pro Se.

Kelly S. Kemp, Assistant Attorney General, Office of the Attorney General, Counsel for Defendants Imo Kalla, Sara Hard, and Regina Stepney.

Charles A. Gross and Andrea Pavelka Hoversten, Geraghty O'Loughlin & Kenney, PA, Counsel for Defendants Luke Dehaan and Dr. Stanly Quanbeck.

  The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated December 11, 2012.  [Docket No. 44]  Plaintiff Alveto Rivera filed objections to the Report and Recommendation.

  Pursuant to statute, the Court has conducted a de novo review upon the

1

record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court **ADOPTS** the Report and Recommendation of United States Magistrate

Judge Franklin L. Noel filed December 11, 2012.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Noel dated December 11, 2012 [Docket No. 44].

2. Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction [Docket No. 3] is **DENIED**.

Dated: March 18, 2013            s/ Michael J. Davis
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court